JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AULIO REALPE SANDOVAL,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN PECK, and Does 1 through 10,<br><br>Defendants. | Case Number: 2:23-cv-01708-SPG-AS<br><br>**ORDER TO REMAND TO STATE COURT**<br><br>Complaint Filed: November 4, 2022 |

Based on the foregoing stipulation, it is hereby ORDERED that:

1. This case is hereby REMANDED to the Superior Court of California for the County of Santa Barbara.

2. The Clerk of Court is directed to send a certified copy of this order to Superior Court of California for the County of Santa Bara and to close the case.

IT IS SO ORDERED.

Dated: April 13, 2023   By: _____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE